FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2023

SEAN F. McAVOY, CLERK

Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Rebecca R. Perez
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN ANTHONY REYES,<br><br>Defendant. | 2:23-CR-121-TOR<br><br>INDICTMENT<br><br>Vio.: 18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of Firearm<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461(c)<br>Forfeiture Allegations |

The Grand Jury charges:

On or about April 19, 2023, in the Eastern District of Washington, the Defendant, JOHN ANTHONY REYES, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce, a firearm, to wit: a B King's Firearms multi-caliber M-4 style rifle bearing serial number MOD-0-003884, which firearm had theretofore been transported in interstate and/or foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 1

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924 (a)(8), Felon in Possession of a Firearm, as set forth in this Indictment, Defendant, JOHN ANTHONY REYES, shall forfeit to the United States of America any firearm and ammunition involved or used in the commission of the offense.

DATED this ___7___ day of November, 2023.



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Rebecca R. Perez_
Rebecca R. Perez
Assistant United States Attorney

INDICTMENT – 2